NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of T.F., Jr.,
Child.

_____

N.W., the Mother,

       Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

       Appellees.

_____

Case No. 2D18-2666

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Lee
County; Robert J. Branning, Circuit Judge.

Richard F. Joyce of Law Office of
Richard F. Joyce. P.A., Miami, for
Appellant.

Meredith K. Hall, of Children's Legal
Services, for Appellee Department of
Children and Families.

Laura J. Lee, Appellate Counsel of
Guardian ad Litem Program, for Appellee
Guardian ad Litem Program.

PER CURIAM.


       Affirmed.

VILLANTI, and BADALAMENTI and ATKINSON, JJ., Concur.